IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **HEATHER CRENSHAW PRITCHETT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO. 1:25-cv-336** |
| ) | |
| **ARMSTRONG AND ASSOCIATES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

TO:  THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, Armstrong and Associates, Inc., ("Armstrong" or "Defendant"), by filing this Notice of Removal and related papers, removes this action from the Circuit Court of Mobile County, Alabama, to the United States District Court for the Southern District of Alabama, Southern Division, pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, and FED.R.CIV.P. 81(c). The grounds for this removal are as follows:

### Background

1. Plaintiff Heather Crenshaw Pritchett ("Plaintiff") filed an action in the Circuit Court of Jefferson County, Alabama, Case No. 24-CV-2024-903591, against Defendant styled: *Heather Crenshaw Pritchett v. Armstrong and Associates, Inc., and Fictitious Defendants "A" through "C."* The Complaint will be referred to as the "State Court Action."

2. Plaintiff is a resident and a citizen of the State of Alabama, living in Baldwin County, Alabama.

3. Armstrong and Associates, Inc. is a citizen of the State of Alabama, as it is incorporated in the State of Alabama and has its principal place of business in the State of Alabama.

4. Removal is timely pursuant to 28 U.S.C. § 1446(b) as valid service of the State Court Action was effected upon Defendant and this action became removable to the Southern District of Alabama within thirty (30) days of the filing of this Notice of Removal. The State Court Action was transferred to the Circuit Court of Mobile County, Alabama and said transfer was effectuated on July 14, 2025. Armstrong was validly served with the Summons and Complaint in the State Court Action on or about July 16, 2025.

5. According to Plaintiff's Complaint, the "action arises out of Defendant's repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq." (See ¶1 of Complaint in State Court Action). Count I, the sole count of the Complaint, is entitled "VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT" and invokes 15 U.S.C. § 1692 generally, while claiming specific violations by Defendant of §§ 1692d, 1692e, 1692e(8), 1692e(10), 1692f, and 1692f(1) along with Regulation F.

6. Plaintiff in the State Court Action further alleges in Count I that "[a]s a result of Defendant's violations of the FDCPA, Plaintiff is entitled to damages and reasonable attorney's fees and costs from Defendant."

7. Copies of all pleadings served upon Defendant in the State Court Action are attached hereto collectively as **Exhibit A**.

8. The United States District Court for the Southern District of Alabama, Southern Division, has original subject matter jurisdiction of this civil action under 28 U.S.C. § 1331 because this action arises under the "Constitution, laws, or treaties of the United States." As noted above, Plaintiff's sole claim against Defendant is expressly brought under the provisions of the

61772308 v1

Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. Since the Complaint was transferred to the Circuit Court of Mobile County, Alabama and then validly served upon Defendant, this District is the proper venue upon removal in accordance with 28 U.S.C. § 1441(a).

9.      Given the foregoing allegations of the State Court Action, there is "arising under" or "federal question" jurisdiction pursuant to 28 U.S.C. § 1331.

10.     Pursuant to 28 U.S.C. § 1446(d), a Notice of Filing Notice of Removal will be filed with the Clerk of the Circuit Court of Mobile County, Alabama and will be served upon counsel for Plaintiff. Plaintiff is hereby notified to proceed no further in state court, unless by Order of the United States District Court for the Southern District of Alabama, Southern Division.

11.     Defendant reserves all defenses, including, but not limited to, those under Rule 12(b) of the Federal Rules of Civil Procedure, and does not waive said defenses by the filing of this Notice to all adverse parties.

Respectfully submitted this 14th day of August, 2025.

     *s/ Michael D. Strasavich*
MICHAEL D. STRASAVICH     (STRAM9557)
EMMA GOODLOE HOPE         (GOO064)
*Attorneys for Defendant*
*Armstrong and Associates, Inc.*

**OF COUNSEL:**
BURR & FORMAN LLP
11 North Water Street, Suite 22200
Mobile, Alabama 36602
(251) 344-5151
(251) 344-9696 (fax)
mstrasavich@burr.com
ehope@burr.com

61772308 v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document by CM/ECF or, if the party served does not participate in CM/ECF, by U.S. First Class Mail, on this 14th day of August, 2025:

John G. Watts
M. Stanley Herring, Jr.
W. James Sears, IV
Watts & Herring, LLC
301 19th Street North
Birmingham, AL 35203
john@wattsherring.com
stan@wattsherring.com
james@wattsherring.com

Patricia S. Lockhart
5723 Annanadale Lane
Irondale, AL 35210
patricialockartlaw@gmail.com

                                    *s/ Michael D. Strasavich*
                                    OF COUNSEL

61772308 v1